UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY DIEM LE,<br><br>        Plaintiff,<br><br>      v.<br><br>MONTPELIER CLINIC, et al.,<br><br>        Defendants. | Case No. 24-cv-08751-SK<br><br>**ORDER TO SHOW CAUSE** |

On December 11, 2024, the United States filed a motion to dismiss and set the hearing on January 27, 2025. (Dkt. No. 7.) Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by December 26, 2024. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than January 17, 2025, why the Court should not dismiss Plaintiff's claims for lack of prosecution or grant the United States' motion as unopposed.

If Plaintiff seeks to file an untimely opposition brief, Plaintiff must submit a request to do so showing good cause for the failure to comply with the deadline required by the Local Rules and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by January 17, 2025, the Court will grant the United States' motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

The Court VACATES the hearing on the motion to dismiss currently scheduled on January 27, 2025, on the United States' motion. If Plaintiff demonstrates good cause for the delay and seeks to oppose the United States' motion to dismiss, the Court will provide the United States with an opportunity to file a reply and will reset the hearing on the motion to dismiss.

The Court advises Plaintiff that the district court has produced a guide for *pro se* litigants

1  called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides
2  instructions on how to proceed at every stage of your case, including discovery, motions, and trial.
3  It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge
4  from the Clerk's Office.  The Court additionally has a website with resources for *pro se* litigants
5  (https://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Plaintiff that they
6  also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help
7  Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who
8  may be able to provide basic legal help, but not legal representation.

9  **IT IS SO ORDERED**.

10 Dated: January 7, 2025



SALLIE KIM
United States Magistrate Judge